IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:13CR3117 |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| EDUARDO MEDINA, | ) ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's unopposed motion to continue the January 16, 2014, deadline for filing sentencing documents in this case. The Court, being fully advised in the premises, and noting that the government has no objection to this continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's deadline to file the sentencing documents mentioned in ¶6 of this Court's sentencing order shall be continued until Friday, January 24, 2014. The undersigned's tentative findings will be filed on or about January 27, 2014. The defendant's sentencing remains scheduled on January 29, 2014, at 12:30 p.m.

Dated this 16th day of January, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge